In the Matter of Ruth J. Langdon, Appellant, *v.* Teachers' Retirement Board of the City of New York, Respondent.

(Argued September 30, 1929; decided October 15, 1929.)

*Leonard M. Wallstein, Ralph M. Frink* and *Benjamin Menschel* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Willard S. Allen, William E. C. Mayer, Thomas W. A. Crowe* and *J. Joseph Lilly* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.